UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

**REMUS SMITH,**

        Petitioner,
vs.                                         9:03-CV-1178

**CALVIN WEST,**
**Superintendent of Elmira Correctional Facility,**

        Respondent.
_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### DECISION & ORDER

This *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 was referred to the Hon. Gustave J. DiBianco, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.4.

No objections to the Report-Recommendation dated August 13, 2008 have been filed.  Furthermore, after examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.  Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

It is therefore

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED.**

1

**IT IS SO ORDERED**

DATED: September 23, 2008

*Thomas J. McAvoy*
Thomas J. McAvoy
Senior, U.S. District Judge